COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**



NO. 02-17-00459-CV

JOHN ANDERSON                                                                    APPELLANT

V.

CYNTHIA CURRY                                                                    APPELLEE

------------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2017-006676-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 11 and May 22, 2018, we notified appellant John Anderson that he had not filed his appellate brief as required.[2]  *See* Tex. R. App. P. 38.6(a).  We warned Anderson that we could dismiss the appeal for want of prosecution unless he filed his brief accompanied by a motion reasonably explaining his

---

[1]*See* Tex. R. App. P. 47.4.

[2]Our first notice letter was returned as undeliverable. The clerk of this court contacted Anderson who affirmed he did not have an email address and provided a new physical mailing address.  *See* Tex. R. App. P. 9.2(c).  Our second notice sent to the new mailing address was not returned.

failure and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b), 44.3. Anderson did not respond.

Because Anderson has failed to file a brief after having been given an opportunity to provide a reasonable explanation, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 44.3, 43.2(f).

PER CURIAM

PANEL: GABRIEL, KERR, and PITTMAN, JJ.

DELIVERED: July 12, 2018